# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 1, 2022

Lyle W. Cayce
Clerk

No. 21-40529
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

AARON FRYMAN,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:19-CR-4-1

Before KING, COSTA, and HO, *Circuit Judges*.

PER CURIAM:*

Aaron Fryman, federal prisoner # 75775-479, appeals the district court's denial of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). He argues that he has shown extraordinary and compelling reasons warranting compassionate release given the risk a reinfection of

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-40529

COVID-19 poses to him in light of his medical conditions, particularly his chronic asthma.

We review the district court's decision to deny a prisoner's motion for compassionate release for an abuse of discretion. *United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). Fryman has not shown that the district court abused its discretion in finding that the 18 U.S.C. § 3553(a) factors weighed against his release. *See id.* at 693-64. Accordingly, the judgment of the district court is AFFIRMED. Fryman's motion for appointment of counsel is DENIED. *See United States v. Robinson*, 542 F.3d 1045, 1052 (5th Cir. 2008).